UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMORY MCQUEEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>　　　　　Defendants. | No. 2:17-cv-0378 WBS AC P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis seeks relief pursuant to 42 U.S.C. § 1983. On March 1, 2018, plaintiff filed a "request for summons." ECF No. 12. On March 26, 2018, plaintiff filed a notice of change of address. ECF No. 13. The court addresses each filing below.

Plaintiff's request for summons directs the named defendants to serve plaintiff with an answer to his complaint. See ECF No. 12. Screening of this case has not yet occurred. As a result, defendants against whom plaintiff has made cognizable claims have not been identified. Therefore, the summons request is premature. Consequently, it will be denied without prejudice.

As for plaintiff's March 2018 notice of change of address (ECF No. 13), the court notes that the new mailing address plaintiff has provided is not the official address of the California State Prison located in Sacramento. The address provided is a post office box for the Board of Parole Hearings. Accordingly, the court will not change plaintiff's address of record at this time.

1

Once paroled, plaintiff may provide the court with his new address.

If there is a reason plaintiff would like his mail to be sent to an address that is different from his place of incarceration, he may explain this to the court in another notice of change of address. If plaintiff chooses to have mail sent to a place other than his current place of incarceration or residence, he is advised that he thereby assumes the risk of not receiving all mail related to this action.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for summons (ECF No. 12) is DENIED without prejudice as premature;
2. The Clerk of Court is directed not to update plaintiff's address of record pursuant to the notice change of address (ECF No. 13).

DATED: April 5, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE