UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMORY MCQUEEN, | No. 2:17-cv-0378 WBS AC P |
| Plaintiff, | |
| v. | ORDER |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |

Plaintiff, a former state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 7, 2022, the magistrate judge issued findings and recommendations herein which were served on Plaintiff, and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 25. Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued February 7, 2022 (ECF No. 25), are ADOPTED in full;

1

   2. This case shall proceed on the following claims of the Second Amended Complaint:

   a.  First Amendment retaliation against Defendant Morton only, and

   b.  Eighth Amendment excessive force against Defendants Morton, Esquivel, Diaz, Prado, Barrett, Rankins, Ma and Saetern only, and

   3. All other claims and Defendants, including Plaintiff's putative due process claim(s) and Defendants E. Fajardo and N. Ny, are DISMISSED without prejudice pursuant to 18 U.S.C. § 1915A(b)(1).

Dated: March 2, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

mcqu0378.800