IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **SAMORY MCQUEEN,**<br><br>Plaintiff,<br><br>v.<br><br>**STATE OF CALIFORNIA, et al.,**<br><br>Defendants. | 2:17-cv-0378 WBS AC P<br><br>~~[PROPOSED]~~ **ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO OPT OUT OF REFERRAL TO EARLY ADR** |

Good cause having been shown, Defendants' request for an extension of time to opt out of referral to the Post-Screening ADR Project (ECF No. 34) is GRANTED. Defendants shall file any motion to opt out of the Post-Screening ADR Project by August 22, 2022.

DATED: June 23, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

SA2022301769
36275554.docx

1

(2:17-cv-0378 WBS AC P)