IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **SAMORY MCQUEEN,**<br><br>Plaintiff,<br><br>v.<br><br>**STATE OF CALIFORNIA, et al.,**<br><br>Defendants. | Case No. 2:17-cv-00378 WBS AC P<br><br>[PROPOSED] **ORDER IN SUPPORT OF EX PARTE APPLICATION FOR EXTENSION OF TIME TO OPT OUT OF ADR** |

   Good cause having been shown, Defendants' request for an extension of time to opt out of referral to the Post-Screening ADR Project (ECF No. 37) is GRANTED. Defendants shall file any motion to opt out of the Post-Screening ADR Project by October 21, 2022.

Dated: August 23, 2022

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1

[Proposed] Order (2:17-cv-00378 WBS AC P)