1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT
9          FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11  SAMORY MCQUEEN,                          No.  2:17-cv-0378 WBS AC P
12              Plaintiff,
13        v.                                 ORDER
14  STATE OF CALIFORNIA,
15              Defendants.
16

17        Plaintiff, a former state prisoner proceeding pro se, has filed this civil rights action

18  seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

19  Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On October 13, 2022, the magistrate judge issued findings and recommendations herein

21  which were served on all parties and which contained notice to all parties that any objections to

22  the findings and recommendations were to be filed within fourteen days.  ECF No. 40.  No party

23  has filed objections to the findings and recommendations.

24        Although it appears from the file that plaintiff's copy of the findings and

25  recommendations was returned to the court on or around October 31, 2022, plaintiff was properly

26  served.  It is the plaintiff's responsibility to keep the court apprised of his current address at all

27  times.  Pursuant to Local Rule 182(f), service of documents at the record address of the party is

28  fully effective.

1

1    The court has reviewed the file and finds the findings and recommendations to be

2  supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

3  ORDERED that:

4    1.  The findings and recommendations issued October 13, 2022 (ECF No. 40), are

5  ADOPTED in full, and

6    2.  This action is DISMISSED without prejudice for failure to prosecute.  See Local Rule

7  183(b).

8  Dated:  November 9, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

mcqu0378.803

2